IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONYALDE SHERROD,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **04-899-MJR** |
| **SOUTHERN ILLINOIS UNIVERSITY,** | ) ) ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

On November 23, 2005, the Court ordered the pro se plaintiff to report to the Court in writing as to the status of counsel on or before December 13, 2005. **See, Doc. 24.** She has not done so.

**Plaintiff is ordered to show cause in writing, on or before January 16, 2006, why her case should not be dismissed for failure to obey this Court's order and for failure to prosecute.**

IT IS SO ORDERED.

DATE:  December 23, 2005.

s/ Clifford J. Proud
CLIFFORD J. PROUD
UNITED STATES MAGISTRATE JUDGE